FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION  2003 JAN -6  P 4: 51

ARNETHA CULP,

    **Plaintiff,**

v.                                                                          Case No.:   3:02-cv-577-J-21TEM

CITY OF JACKSONVILLE, FLORIDA,
KARL T. WALDON and KENNETH MCLAUGHLIN,

    **Defendants.**
_____/

## MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT, KARL T. WALDON

Plaintiff, Arnetha Culp, by and through undersigned counsel and pursuant to Fed.R.Civ.P. 55(b)(2), hereby moves the Court to enter its Order entering a default judgment against Defendant, Karl T. Waldon. In support thereof, Plaintiff states:

1. Plaintiff initiated this action by filing a Complaint and Demand for Jury Trial with this Court on June 18, 2002. Plaintiff served a Summons and a copy of the Complaint on Defendant, Karl T. Waldon, on June 21, 2002. *See* Summons in a Civil Case, attached as Exhibit "A."

2. Defendant Waldon has failed to answer or otherwise respond to the Complaint as required by Fed.R.Civ.P. 12.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter its Order entering a default judgment against Defendant, Karl T. Waldon.

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT, KARL T. WALDON

The relief requested herein is specifically authorized by Fed.R.Civ.P. 55(a), which provides:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear

21

by affidavit or otherwise, the Clerk shall enter the party's default.

In this action, Plaintiff's claim against Defendants is not for a sum certain or for a sum which can, by computation, be made certain. Therefore, Plaintiff is required to move this Court to enter judgment against Defendant Waldon pursuant to Fed.R.Civ.P. 55(b)(2).

                                      Respectfully submitted,

                                      Wm. J. Sheppard, Esquire
                                      Florida Bar No.: 109154
                                      D. Gray Thomas, Esquire
                                      Florida Bar No.: 956041
                                      Matthew R. Kachergus, Esquire
                                      Florida Bar No.: 503282
                                      Sheppard, White and Thomas, P.A.
                                      215 Washington Street
                                      Jacksonville, Florida 32202
                                      (904) 356-9661 telephone
                                      (904) 356-9667 facsimile
                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to **Alan Ragan, Esquire**, Assistant General Counsel, Office of General Counsel, 117 West Duval Street, Suite 480, Jacksonville, Florida 32202; and **Karl T. Waldon,** *pro se,* c/o St. Johns County Jail, 3955 Lewis Speedway, St. Augustine, Florida 32095, by U.S. Mail, this 6th day of January, 2003.

                                      Attorney

kc.42[motions/culp waldon jud]

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE **DISTRICT OF** FLORIDA

ARNETHA CULP,

        Plaintiff,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 3:02-CV-577-J-21TEM

CITY OF JACKSONVILLE, FLORIDA;
KARL T. WALDON; and KENNETH MCLAUGHLIN,

        Defendants.

TO: (Name and address of defendant)

Karl T. Waldon
c/o St. Johns County Jail
3955 Lewis Speedway
St. Augustine, Florida  32095

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wm. J. Sheppard, Esquire
D. Gray Thomas, Esquire
Sheppard, White and Thomas, P.A.
215 Washington Street
Jacksonville, Florida  32202

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                                JUN 1 8 2002
CLERK                                            DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 06/21/02 |
| NAME OF SERVER (PRINT) Karl T. Watson  J.C White | TITLE SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3955 Lewis Speedway St. Augustine, FL. 32095

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/21/02
         Date

Signature of Server

215 Washington Street
Address of Server
Jax, FL, 32202

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.